UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. 1:22-CR-00017-JPB-CMS-2 |
| PEDRO ALEMAN-PONCE, | |
| Defendant. | |

## ORDER

The above entitled action is presently before the Court on Magistrate Judge Catherine M. Salinas's Report and Recommendation [Doc. 233] recommending accepting Defendant's plea of guilty tendered on June 3, 2024. The Government and Defendant filed Notices of No Objection. [Doc. 237]; [Doc. 238].

**IT IS HEREBY ORDERED** that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **ACCEPTS** Defendant's plea of guilty as to Count One of the First Superseding Indictment. A separate notice of sentencing will follow.

**SO ORDERED** this 14th day of June, 2024.

J. P. BOULEE
United States District Judge